IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-1041-BO-BM

CARLOS A. ALFORD,                            )
                                             )
            Plaintiff,                        )
                                             )
      v.                                      )            O R D E R
                                             )
BILL NELSON, ASHLEY WHITE, ROB               )
BLAKE, and REGINA NEAL-MUJAHID,              )
                                             )
            Defendants.                       )

This cause comes before the Court on the unopposed memorandum and recommendation of United States Magistrate Judge Brian S. Meyers. [DE 6]. Judge Meyers allowed plaintiff to proceed in forma pauperis and conducted a frivolity review. He recommended that the complaint be dismissed.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007). "[W]hen reviewing pro se objections to a magistrate's recommendation, district courts must review de novo any articulated grounds to which the litigant appears to take issue." *Elijah v. Dunbar*, 66 F.4th 454, 460–61 (4th Cir. 2023). Where no specific objections have been filed, the court reviews for clear error only. *Dunlap v. TM Trucking of the Carolinas, LLC*, 288 F. Supp. 3d 654, 662 (D.S.C. 2017). On clear error review, the court has no obligation to

explain its reasoning for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

No party has objected to the M&R and the time for doing so has expired. The Court has reviewed the M&R for clear error and finds none. Accordingly, the M&R [DE 9] is ADOPTED in full. The complaint [DE 1] is DISMISSED. The Clerk is DIRECTED to close the case.

SO ORDERED, this __8__ day of April 2026.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2